# EXHIBIT A



About us
How to Buy
Products »
New Products
Delivery Charges
Payment Method
Certificates

Contact Us
Terms & conditions

English (English) ▼    USD ▼

search...

*Home* > *Enzyme and Vinegars* >  *LOHAS Organic Apple Cider Vinegar*



### LOHAS Organic Apple Cider Vinegar
weight: 946ml

PRICE AND ORDER

$ 7.59

QUANTITY : 1        ADD TO CART