# EXHIBIT B





Lohas Organic Raw Apple Cider Vinegar is made from finest, delicious, healthy, organically grown apples. Raw Apple Cider Vinegar is full of zesty natural goodness and contains the amazing of vinegar which occurs naturally as connected strand-like chains of protein enzyme molecules and is highly regarded throughout history. Many medical studies show the health benefits of Apple Cider Vinegar. In 400 B.C. Hippocrates, the Father of Medicine, used it for its amazing natural cleansing, healing, and energizing health qualities.
Lohas Vinegar adds healthy, delicious flavour to salads, veggies, and most foods. Tasty even sprinkled over popcorn.

### Preparation
Delicious, ideal pick-me-ups at home, work, sports & gym. Perfect taken 3 times daily... upon arising, mid-morning and mid-afternoon.
1 to 2 tsps Lohas Organic Apple Cider Vinegar in 8oz glass purified water and (optional) to taste 1 to 2 tsps organic honey, 100% maple syrup, blackstrap molasses or 4 drop herb stevia.
**Shake well be using.**

## KEEP IT FRESH!
### Storage
Store in a cool, dry place away from direct sunlight. Use within 4 weeks of opening.