**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGG LIVE FOODS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ECO ACTION SDN. BHD., a Malaysian Corporation; GWEE BEE HONG, an individual; GWEE HIANG PING, an individual; MOHD ZAKIE BIN SOAD, an individual; SONG HWEE HENG, an individual; ECO LIFE VALLEY d/b/a LOHAS LIFESTYLES OF HEALTH AND SUSTAINABILITY, a Malaysian Corporation; GWEE HIANG PIEW, an individual, <br><br> Defendants. | Case No.: CV 15-8261 DSF (JPRx) <br><br> JUDGMENT |

The Court having ordered that the complaint be dismissed against Eco Life Valley, Gwee Hiang Piew, Eco Action SDN BHD., Gwee Bee Hong, and Gwee Hiang Ping and Plaintiff having failed to amend its complaint in the time allowed by the Court and having voluntarily dismissed the remaining Defendants,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/27/16   _____
                    Dale S. Fischer
                    United States District Judge

2